

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division*

Buccaneer Energy Corporation, and

Joseph "Chip" Langston

Plaintiff
_____

v.

Walter Reissman, Joseph Tovey, and

Andrew Kimmins
_____
Defendant

**3-10CV-630B**

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,


Defendants Walter Reissman, Joseph Tovey and Andrew Kimmins
_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***


N/A


A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***


N/A

| | |
|---|---|
| Date: | Mar 31, 2010 |
| Signature: | *[signature]* |
| Print Name: | James D. Rosenblatt |
| Bar Number: | Tex. Bar No: 00788320 |
| Address: | 4103 Parkdale |
| City, State, Zip: | San Antonio, Texas 78229 |
| Telephone: | (210) 562-2900 |
| Fax: | (210) 562-2929 |
| E-Mail: | james@rosenblattlawfirm.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons