UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BUCCANEER ENERGY CORP. and JOSEPH LANGSTON, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:10-CV-630-B |
| WALTER REISSMAN, JOSEPH TOVEY and ANDREW KIMMINS, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Motion for an Extension to File Joint Status Report (doc. 12), filed April 22, 2010. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the parties shall have until **May 7, 2010** to file their Joint Status Report.

**SO ORDERED.**

**SIGNED April 26, 2010.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -