**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **BUCCANEER ENERGY CORPORATION and JOSEPH "CHIP" LANGSTON** | § § § § | |
| **VS.** | § § | **CIVIL ACTION NO. 3:10-CV-630-B** |
| | § | **JURY DEMANDED** |
| **WALTER REISSMAN, JOSEPH TOVEY and ANDREW KIMMONS** | § § § | |

**MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, **BUCCANEER ENERGY CORPORATION and JOSEPH "CHIP" LANGSTON**, Plaintiffs in the above entitled and numbered cause, moves the Court to dismiss this cause.

WHEREFORE, Plaintiffs request that the Court enter its order dismissing said cause with prejudice to the rights of Plaintiffs to re-file same or any part thereof.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/William S. Hommel, Jr.
　　　　　　　　　　　　　　　　　　　William S. Hommel, Jr.
　　　　　　　　　　　　　　　　　　　Texas Bar No. 09934250
　　　　　　　　　　　　　　　　　　　William S. Hommel, Jr., P.C.
　　　　　　　　　　　　　　　　　　　14347 Dominion Plaza
　　　　　　　　　　　　　　　　　　　Tyler, Texas 75703
　　　　　　　　　　　　　　　　　　　(903) 596-7100
　　　　　　　　　　　　　　　　　　　(469) 533-1618 Facsimile

　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above and foregoing instrument has been served on all counsel of record in accordance with the Rules of Civil Procedure on this 4th day of August, 2011.

                                /s/William S. Hommel, Jr.
                                WILLIAM S. HOMMEL, JR.